No. State 87. STATE, Respondent, v. DONOVAN, Appellant.

(Also reported in 222 N. W. 2d 708.)

Criminal law. Theft (repeater). Sentence. Imposing enhanced punishment. Constitutional validity. Witnesses. Cross-examination. Scope. Limitation no abuse of discretion.

The cause was submitted for the appellant on the brief of *Laurence E. Norton II,* Legal Aid Society of Milwaukee, and for the respondent on the brief of *Robert*

*W. Warren,* attorney general, and *David J. Becker,* assistant attorney general.